

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JUL -2 AM 10: 59
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Michael Dillon 255313      CIVIL ACTION

VERSUS      NO. 05-3760

Burl Cain      SECTION "J" (6)

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s):
- For the reasons set forth in the Report and Recommendations (Rec. Doc. 9), which was adopted by this Court on May 24, 2007 (See Rec. Doc. 12).

Date: 6/28/2007

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____